AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dupont, et al )
)
V. ) Civil Action No. 4:10-cv-00239-A
)
Freight Feeder Aircraft Corp, et al )
)

**Summons in a Civil Action**

**TO:** *(Defendant's name and address)*
R Darby Boland

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Kevin Wiley
   1409 S Lamar St
   Suite 711
   Dallas , TX 75215

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

[signature]                                                                04/14/2010
CLERK                                                                      DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____
_____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dupont, et al )
)
V. ) Civil Action No. 4:10-cv-00239-A
)
Freight Feeder Aircraft Corp, et al )
)

**Summons in a Civil Action**

**TO:** *(Defendant's name and address)*
L David Bridges

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Kevin Wiley
   1409 S Lamar St
   Suite 711
   Dallas , TX 75215

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

04/14/2010
DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Dupont, et al | ) |
| | ) |
| V. | )  Civil Action No. 4:10-cv-00239-A |
| | ) |
| Freight Feeder Aircraft Corp, et al | ) |
| | ) |

**Summons in a Civil Action**

**TO:** *(Defendant's name and address)*
Stephen Carmichael

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Kevin Wiley
   1409 S Lamar St
   Suite 711
   Dallas , TX 75215

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

| | |
|---|---|
| _[signature]_ | 04/14/2010 |
| CLERK | DATE |

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dupont, et al )
)
)
V. ) Civil Action No. 4:10-cv-00239-A
)
)
Freight Feeder Aircraft Corp, et al )
)

**Summons in a Civil Action**

**TO:** *(Defendant's name and address)*
Edward F Eaton

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Kevin Wiley
   1409 S Lamar St
   Suite 711
   Dallas , TX 75215

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

04/14/2010
DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

Server's signature

Printed name and title

Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dupont, et al )
 )
V. ) Civil Action No. 4:10-cv-00239-A
 )
Freight Feeder Aircraft Corp, et al )
 )

**Summons in a Civil Action**

**TO:** *(Defendant's name and address)*
Freight Feeder Aircraft Corporation Inc

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Kevin Wiley
    1409 S Lamar St
    Suite 711
    Dallas , TX 75215

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

04/14/2010
DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dupont, et al )
)
V. ) Civil Action No. 4:10-cv-00239-A
)
Freight Feeder Aircraft Corp, et al )
)

**Summons in a Civil Action**

**TO:** *(Defendant's name and address)*
H Cliff Saylor

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Kevin Wiley
   1409 S Lamar St
   Suite 711
   Dallas , TX 75215

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

04/14/2010
DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dupont, et al            )
                         )
V.                       )   Civil Action No. 4:10-cv-00239-A
                         )
Freight Feeder Aircraft Corp, et al   )
                         )

**Summons in a Civil Action**

**TO:** *(Defendant's name and address)*
Kevin Williams

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Kevin Wiley
   1409 S Lamar St
   Suite 711
   Dallas , TX 75215

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

04/14/2010
DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

(1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address